UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-07-187 |
| | § | |
| RICHARD C CORDELL | § | |

**<u>DEFAULT JUDGMENT</u>**

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Richard C. Cordell has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Richard C. Cordell:

(A). Claim No.: C106-01600:
| | |
|---|---|
| Principal Balance: | $ 3,767.39 |
| Total Interest Accrued (As of November 3, 2006) | $ 3,419.05 |
| Administrative Charges | $ 350.00 |
| (Filing Fee of $350.00 Included) | |
| Attorney's Fees | $ 550.00 |
| | $ 8,086.44 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $ 8,086.44 |

Interest Rate: 8.00%
Daily Accrual: $0.83 from November 3, 2006 to judgment date.

(B). Claim No.: C106-01601:
| | |
|---|---|
| Principal Balance: | $ 1,499.17 |
| Total Interest Accrued (As of November 3, 2006) | $ 1,360.55 |
| Administrative Charges | $ 0.00 |
| Attorney's Fees | $ 550.00 |
| | $ 3,409.72 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $ 3,409.72 |

Interest Rate: 8.00%
Daily Accrual: $0.33 from November 3, 2006 to judgment date.

Post-judgment interest at 2.09% per annum.

|  |  |
|---|---|
| Plus costs private process server fees for service of Summons. | $    55.00 |
| Plus Judgment Recording Fee. | $    18.00 |
| TOTAL: | $11,569.16 |

SIGNED and ORDERED this 29th day of May, 2008.

_____
Janis Graham Jack
United States District Judge